# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Silver Apple iPhone, 6S Plus, Model A1634, IMEI 355719071107276 seized from ESMAEL TEIXEIRA on July 11, 2020, in possession of Hudson NH Police Dept. | ) ) ) ) ) ) ) Case No. 1:21-mj-135-01-AJ |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2.

located in the _____ District of __New Hampshire__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms without a License. |
| 18 U.S.C. § 371 § 922(a)(1)(A) | Conspiracy to Deal Firearms without a License. |

The application is based on these facts:
See attached affidavit of ATF Special Agent Brian Oppedisano

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Brian Oppedisano*
*Applicant's signature*

Brian Oppedisano, Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone__ *(specify reliable electronic means)*.

*Andrea K. Johnstone*
*Judge's signature*

Date: 05/21/2021

City and state: Concord, New Hampshire

Hon. Andrea K. Johnstone
*Printed name and title*